1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LOGIC WORKS, LLC, ) | Case No. 2:17-cv-02184-JAD-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| SPINNAKER INTERNATIONAL LLC, et al., ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Plaintiff's response to the order to show cause why this case should not be dismissed for lack of diversity jurisdiction. Docket No. 7. For purposes of determining subject matter jurisdiction on the pleadings,[1] the Court finds a sufficient showing has been made and DISCHARGES the order to show cause.

IT IS SO ORDERED.

DATED: August 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Some of the allegations as to citizenship are made on information and belief. *See* Docket No. 6 ¶ 4. While such allegations may suffice at this stage of the litigation, a further showing of citizenship may be necessary as the case advances. *See, e.g.*, *Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1087-88 (9th Cir. 2014).